**Joseph J. Benedict, Esq. – ID No. 249621969**
**BENEDICT AND ALTMAN**
247 Livingston Avenue
New Brunswick, New Jersey  08901
(732) 745-9000
Attorneys for Defendant, Nuno Fernandes

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

---

UNITED STATES OF AMERICA,                Crim No. 20-cr-1072

              Plaintiff,

V.

NUNO FERNANDES,                          CONSENT ORDER TO RETURN
                                         EXPIRED PASSPORT FOR RENEWAL

              Defendant

THIS MATTER having been brought before the above-named Court, upon the application of Joseph J. Benedict, Esq., of the law firm of Benedict and Altman, attorneys for defendant Nuno Fernandes, in the above captioned matter, for an Order permitting the return of defendant, Nuno Fernandes's passport, and Assistant United States Attorney Jason Gould, attorney for the plaintiff, United States of America on behalf of the United States Attorney's Office, having no objection, and Pre-trial services taking no position, and for good cause shown,

IT IS on this  29th      day of   MARCH          , 2022,

ORDERED that the expired Passport of Defendant, NUNO FERNANDES shall be returned to him in order for him to apply for renewal; and

IT IS FURTHER ORDERED that Defendant Nuno Fernandes shall return the renewed Passport to Pretrial Services promptly upon receipt.


s/Stanley R. Chesler, U. S. D. J.

_____
HON. STANLEY R. CHESLER


_Jason S. Gould_
_____
AUSA JASON GOULD